MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:      (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0114 SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| JOHN WAYNE PRICE, | ) | |
| Defendant. | ) | |

     The Court has set August 30, 2013, as the date for a status conference.  The parties hereby request that the Court set the next status conference for October 18, 2013, and they request that the Court exclude the period from the date of this Order through October 18, 2013 from the time limits provided by 18 U.S.C. § 3161.  This extension of time is necessary for effective preparation of counsel, to finalize discovery and plea offers.   This case is trailing a case before Judge Chen, and the next status conference before Judge Chen is set for October 9, 2013.

     The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0114 SI

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 26, 2013         /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: August 26, 2013         /s/
FRANK BELL
Attorney for JOHN WAYNE PRICE

ATTESTATION OF FILER

In addition to myself, the signatories to this document is Frank Bell. I attest that I have his permission to make the request outlined above.

DATED: August 27, 2013         /s/
KEVIN J. BARRY
Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, the Court sets October 18, 2013, as the date for a further status confernece. The Court finds that exclusion of the period from the date of this Order through October 18, 2013 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/27/13

HON. SUSAN ILLSTON
United States District Judge